*Guy H. Goodrich* v. *Thomas Day.* J. T. HUDSON, for complainant. Decree settled and entered.

*Magdalena Bell* v. *The Mayor, &c. of New York.* S. SHERWOOD and D. B. OGDEN, for complainant; R. EMMETT and D. LORD, JUN., for defendants. Decree of the vice chancellor remodeled, without costs to either party on the appeal.

*Ferdinand Suydam et al.* v. *James P. Bartle.* D. GREIG, for complainants; J. EDWARDS and J. RHOADES, for defendants. Usual decree referring it to a master to compute amount due on bond and mortgage and for sale of mortgaged premises.

*The Bank Commissioners* v. *The City Bank of Buffalo.* W. HALL, for complainants; L. F. ALLEN, in person. Motion for attachment against Lewis F. Allen denied.

*The Same* v. *The Same.* J. ELLSWORTH, for complainants; E. NORTON, for Lathrop. Application for attachment